Goodman Law PLLC
PO Box 90758
Phoenix, AZ 85066
Telephone: (602) 476-1114
Facsimile: (602) 218-5024
Jeremy M. Goodman—025859
jeremy@goodmanlawpllc.com

Attorneys for Rocky's Auto Credit/Camelback Finance, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Dale Hipes and Kathryn Hipes,<br><br>        Debtors. | Case No. 2:16-bk-07238-BKM<br><br>(Chapter 7) |

### NOTICE OF WITHDRAWAL OF
### PROOF OF CLAIM 1-1 FILED BY CAMELBACK FINANCE, INC.

Rocky's Auto Credit/Camelback Finance, Inc. ("Camelback") gives notice that it hereby withdraws its Proof of Claim 1-1 filed in this case.

Respectfully submitted November 7, 2016.

                              Goodman Law PLLC


                              *By /s/ Jeremy M. Goodman —025859*
                                    Jeremy M. Goodman

. . .

. . .

. . .

1

| | |
|---|---|
| 1 | Original of the foregoing electronically filed November 7, |
| 2 | 2016, with: |
| 3 | Clerk, United States Bankruptcy Court District of Arizona |
| 4 | 230 North First Avenue, Suite 101 Phoenix, AZ 85003-1706 |
| 5 | https://ecf.azb.uscourts.gov |
| 6 | Copies of the foregoing mailed and/or electronically mailed* November 7, |
| 7 | 2016, to: |
| 8 | Dale & Kathryn Hipes 26885 N. 83rd. Dr. |
| 9 | Peoria, AZ 85383 |
| 10 | James R. Gaudiosi* Jim Gaudiosi, Attorney at Law PLLC |
| 11 | 15396 N. 83rd Ave., Suite D-102 Peoria, AZ 85381 |
| 12 | jimg@azbkpeoria.com |
| 13 | Atlas Acquisitions LLC* 294 Union St. |
| 14 | Hackensack, NJ 07601 bk@atlasacq.com |
| 15 | |
| | Patrick Pollen* |
| 16 | c/o David L. Knapper Law Offices of David L. Knapper |
| 17 | 1599 E. Orangewood Ave., #125 Phoenix, AZ 85020-5159 |
| 18 | david.knapper@azbar.org |
| 19 | Maureen Gaughan* PO Box 6729 |
| 20 | Chandler, AZ 85246 maureen@mgaughan.com |
| 21 | |
| 22 | . . . |
| 23 | . . . |
| 24 | . . . |

| 1 | Office of the U.S. Trustee* |
|---|---|
| | 230 N. First Ave., Ste. 204 |
| 2 | Phoenix, AZ 85003 |
| | ustpregion14.px.ecf@usdoj.gov |
| 3 | |
| 4 | |
| 5 | *By/s/ Jeremy M. Goodman—025859* |
| | Jeremy M. Goodman |